■ In the Matter of MAYNARD M. ARCHER, Petitioner, v ERIC T. SCHNEIDERMAN et al., Respondents. [947 NYS2d 916]-

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]).

The petitioner failed to demonstrate a clear legal right to the relief sought. Angiolillo, J.P., Dickerson, Chambers and Cohen, JJ., concur.